UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DWAYNE ALEXANDER | CIVIL ACTION |
| VERSUS | NO. 12-1524 |
| CANNON COCHRAN MANAGEMENT SERVICES, INC., d/b/a CCMSI, Inc. | SECTION "N" (1) |

## ORDER AND REASONS

Presently before the Court is the "Motion to Dismiss Pursuant to Rule 12(b)(6) and, Alternatively, Motion for Summary Judgment" (Rec. Doc. 8) filed by Defendant Cannon Cochran Management Services, Inc., d/b/a CCMSI, Inc. For essentially all of the same reasons set forth in Defendant's supporting memoranda (Rec. Docs. 8-1 and 20), **IT IS ORDERED** that the motion is **GRANTED** and that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

Also presently before the Court is the "Motion for Sanctions and for Pre-Filing Injunction" (Rec. Doc. 9) filed by Defendant Cannon Cochran Management Services, Inc., d/b/a CCMSI, Inc. Having carefully considered the parties' submissions, as well as the records in each of the proceedings referenced in Defendant's motion, **IT IS ORDERED** that Plaintiff, Dwayne Alexander, and Worldwide Detective Agency, Inc., **shall not** hereafter file in this Court, directly or indirectly, any additional complaints, motions, or other pleading that arises from or is premised upon the termination of Alexander's and/or Worldwide's private investigative services provided to the City of New Orleans and/or Defendant CCMSI, without first seeking leave of Court to do so, and certifying, in writing, that the proposed submission is not frivolous, presented for an improper purpose, repetitive, or duplicative, has evidentiary support, and does not contain any inappropriate,

irrelevant, malicious, harassing and/or insulting comments.  Failure to comply with this order may result in filings being stricken from the record and/or the imposition of significant financial and/or other sanctions, including payment of excess costs, expenses, and any attorney's fees under 28 U.S.C. §1927 and/or Federal Rule of Civil Procedure 11.

Plaintiff is further advised that the Court takes complaints of witness tampering and any efforts to influence potential jurors, interfere with the administration of justice, and a party's right to a fair trial very seriously.  Such conduct will not be tolerated and may result in the imposition of substantial sanctions.

New Orleans, Louisiana, this 14th day of December 2012.

_____
**Kurt D. Engelhardt**
**United States District Judge**